IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD NEDOSS DONTUS LEONARD,

    Petitioner,                        No. CIV S-07-1060 MCE GGH P

    vs.

JAMES WALKER, Warden, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has purported to file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has belatedly paid the $5.00 filing fee.

        Petitioner's putative petition consists largely of incoherent and nonsensical ramblings. For example, the following is set forth as ground one: "Defendents [sic] of the M.G.M. Studio's of Universal Hollywood Groucho Metro, Godwin Harpo, Meyer Marko and Maloof Entertainment Michael Landon - Highway to Heaven was Little Joe on the Bonanza Cowboys the Cartwrights Loof is London and Olympia and Olympus." Petition, p. 3. At a later point, petitioner claims that prison officials have attempted to isolate him and to steal unidentified property from him because he is "the Son of God." Id., p. 4. Petitioner asks that federal marshals be directed to have police release him from Psychiatric Security Units. Id, p. 5.

Petitioner also asks that his television and other items be returned to him.

On the face of it, this "petition" should be summarily dismissed. To the extent that petitioner has any basis for proceeding, it would have to be by way of an action under 42 U.S.C. § 1983. "Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. 2254, and a complaint under the Civil Rights Act of 1871, Rev. Stat. 1979, as amended, 42 U.S.C. 1983. Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973)." Muhammad v. Close, 540 U.S.749, 750, 124 S.Ct. 1303, 1304 (2004) (per curiam).

The petition will be dismissed with leave granted for petitioner, as plaintiff, to file an action under 42 U.S.C. § 1983, within thirty days. In order to do so, petitioner, as plaintiff, must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).

Petitioner, as plaintiff, will be provided the opportunity to file a complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The petition is dismissed with leave granted for petitioner, as plaintiff, to file a civil rights complaint, pursuant to 42 U.S.C. § 1983, within thirty days from the date of service of this order; the complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Because plaintiff, as petitioner, has paid $5.00 for the habeas application filing fee, plaintiff, if he elects to proceed, will be assessed an additional $345.00 ($5.00 deducted from the $350.00 filing fee) to proceed under § 1983.

1  Plaintiff shall also submit, within thirty days from the date of this order, the application to
2  proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the
3  amount of $350.00.  Plaintiff's failure to comply with this order will result in a recommendation
4  that this matter be dismissed; and
5              2.  The Clerk of the Court is directed to send plaintiff the court's form for filing a
6  civil rights action, and the application to proceed in forma pauperis by a prisoner.
7  DATED: 12/17/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

10  GGH:009
   leon1060.dis